# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BRUNER, <br><br> Plaintiff, <br><br> vs. <br><br> SHERIFF DEPUTIES DOES 1-100, <br><br> Defendants. | Case No. CV 10-9591 VBF (MRW) <br><br> ORDER DISMISSING ACTION WITHOUT PREJUDICE |

Plaintiff Joseph Bruner moved to voluntarily dismiss this civil rights action. (Docket # 12.) The First Amended Complaint has not been served on any party to date, and no defendant has filed an answer or other motion in response.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS ORDERED that this action is hereby DISMISSED without prejudice.

DATED: June 26, 2011

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

Presented by:

_____
MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE