# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BRUNER, | ) Case No. CV 10-9591 VBF (MRW) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| SHERIFF DEPUTIES DOES 1-100, | ) |
| Defendant. | ) |

Pursuant to the Order Dismissing the First Amended Complaint,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: June 26, 2011

_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE